UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDA M JOHNSON aka BRENDA MARIE REMBERT,<br><br>     Plaintiff,<br><br> v.<br><br>ELECTRONIC TRANSACTION CONSULTANTS CORPORATION, et al.,<br><br>     Defendant. | CASE NO. C14-5872 BHS<br><br>ORDER |

  THIS MATTER is before the Court on its review of pro se plaintiff Brenda M. Johnson (now Rembert)'s filings in this long-closed case, following the Court's September 4, 2025, Order in another of Johnson's closed cases, *Johnson v. Catholic Community Services*, No. 19-5316 BHS, Dkt. 173.

  That Order revoked Johnson's e-filing privileges in that case, and informed her that if she continued to file nonsensical, improper, and untimely motions documents and notices in any of her other 22 closed cases in this District, her e-filing privileges would be revoked District-wide. *See* No. 19-5316 BHS, Dkt. 173.

ORDER - 1

1    Johnson has since filed in this case a "second notice of appeal," Dkt. 152; three
2 motions, Dkts. 153, 154, and 155; a "certificate of service," Dkt. 156; and an amended
3 complaint, Dkt. 157.

4    This case has been closed since December 2015. *See* Judgment at Dkt. 92. These
5 filings are wholly without merit, frivolous, untimely, improper, and abusive.

6    Pro se plaintiff Brenda Marie Johnson (or Rembert)'s abusive filings warrant the
7 revocation of her right to e-file pleading and motions and other documents in this
8 District. Her e-filing privileges in this District, including all 23 of her closed cases, are
9 therefore **REVOKED.**

10    If Johnson files similar documents in person, she will be subject to a **BAR**
11 **ORDER** precluding her from filing anything in this District absent a preliminary
12 showing of imminent harm. The clerk shall file on the docket, but shall not note for
13 hearing, any further filings in any of Johnson's closed cases in this District.

14    **IT IS SO ORDERED**.

15    Dated this 11 day of September, 2025.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2